1  Mark Ravis [SBN: 137479]
   LAW OFFICE OF MARK RAVIS
2  2500 Broadway, Suite 125
   Santa Monica, California 90404
3  Telephone: 424-238-4335
   Fax: 310-388-5251
4
   Attorney for Plaintiff, M▓▓▓ R▓▓▓
5



6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 M▓▓▓ R▓▓▓, by and through his              ) CASE NO:
   Guardian ad Litem, MARK RAVIS,             )
12                                             ) CV14-0248PA (AGRx)
              Plaintiffs,                     )
13                                             ) DECLARATION OF MARK RAVIS
   vs.                                        ) IN SUPPORT OF ISSUANCE OF
14                                             ) TEMPORARY RESTRAINING
   CALIFORNIA INTERSCHOLASTIC                 ) ORDER
15 FEDERATION LOS ANGELES CITY                )
   SECTION, and DOES 1 to 10,                 )
16 Inclusive,                                 )
                                              )
17            Defendants.                     )
                                              )
18 _____)



19     I, MARK RAVIS, declare:

20     I am an attorney at law duly licensed to practice before the state courts of California,

21 various Federal District Courts in California and other states, and the United States Court of

22 Federal Claims. My office is located at the Law Office of Mark Ravis, 2500 Broadway, Suite

23 125, Santa Monica, CA 90404. I have personal knowledge of the facts stated below to which I

24 could and would competently testify if called as a witness.

25     1. I am the biological father of M▓▓▓ R▓▓▓. M▓▓▓ is a seventeen year old minor

26

27                                    1

28                     **DECLARATION OF MARK RAVIS**

1  [DOB: 06-27-96]. Morris was born in Colombia, South America. He is a United States Citizen
2  by birth. I seek to proceed in this litigation as the Guardian ad Litem for Morris Ravis.

3      2. During the 2010-2011 school year, I was separated from my wife and lived in Santa
4  Monica, California in the Santa Monica School District. Morris lived with me and attended
5  Santa Monica High School. His mother and sister resided in Westwood. Morris visited his
6  mother frequently during that school year. In the summer of 2011, my wife and I reconciled and
7  Morris and I moved to Westwood and Morris enrolled in University High School.

8      3. In 2010-2011, Morris played on the Frosh-Soph (Freshman-Sophomore) basketball
9  team at Santa Monica High School. Morris was also actively playing club soccer during that
10 school year. Neither Morris nor I knew anything about the California Interscholastic Federation
11 Los Angeles Section at that time. I was unaware of any rules or regulations which might apply to
12 Morris' move to University High School. I was unaware of the technical difference between a
13 move and a transfer.

14     4. The basketball coach at University High School never inquired of me about the family
15 circumstances or Morris' prior living arrangements. I indicated that Morris was attending
16 University High School due to our moving to the University district. He presented me with a
17 form to sign and I did signed it. I did not know whether it was a move form or a transfer form,
18 nor did I know the difference between the two types of re-location.

19     5. At University High School, Morris played on the varsity basketball team during his
20 sophomore and junior years. He did not play much during his sophomore year due to an ankle
21 injury sustained playing soccer.

22     6. In June 2013, our family moved to 10439 Colina Way in Los Angeles. It is at the very
23 northern border of the University school boundary. Morris changed to Taft High School as it is
24 easier for us to take him to Taft than University from the new location and also because we
25 anticipated that my daughter would also be attending a Catholic school in Woodland Hills. As it

26

27     2

28 **DECLARATION OF MARK RAVIS**

1 happens, she has not yet transferred to that school.

2     7. I understood that since M███ was still in the University school area that moving to Taft would be a transfer. I thought, and so did Morris, that it was a first transfer and that he would be subject to a 30-day sit-out period. I still contend that is the correct interpretation of the CIF rules. M███ in fact sat out the first 30 days of the basketball season from December 2, 2013 to present. An application for the 30-day sit-out period was submitted by Taft High School to CIF in September or early October 2013. No action was taken on that application until January 2, 2014 at which time the CIF decision was mailed to my home. It was received in the mail on January 9, 2014. I did receive a copy from the Taft Athletic department a few days earlier. The CIF Decision is attached as Exhibit 1 and the mailing envelope is attached as Exhibit 2.

    8. I have been informed that the appeal process for a CIF decision requires notice within 15 days of receipt of a decision and then CIF has 30 days to hear an appeal. The high school basketball season would be over by the time an appeal was heard using these time parameters and Morris would have lost his opportunity to play basketball during his senior year.

    9. Morris has been a consistent honor student with an academic GPA comfortably in excess of 4.0 most semesters. He is to receive the LAUSD Bi-Literacy Certificate. He is an Advanced Placement Distinguished Scholar. He is active in the YMCA Youth in Government Program.

    10. He has worked very hard in sports for many years. Sports has been his life. He gave up soccer and track to concentrate on basketball. Several colleges have expressed interest in him and some have made some tentative offers to him. The coaches need to see how he plays during this season. This is an opportunity that he will not have again. He has had no disciplinary problems or interaction with law enforcement.

---

**DECLARATION OF MARK RAVIS**

1.  11. M▓▓ will suffer a severe emotional setback and loss of reputation and loss of opportunity if he is denied an opportunity to play basketball for the remaining portion of the basketball season. M▓▓' team has a tournament scheduled in San Diego on January 11, 2014 and he would hope to be able to play in it.

2.  12. Notice of the intent to proceed to Federal Court for a temporary restraining order was given by letter to John Aguirre, CIF Commissioner for the Los Angeles Section at approximately 4:30 p.m. on January 9, 2014. A copy of the complaint and moving papers was faxed to Mr. Aguirre at 9:00 a.m. on January 10, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct;

Executed on January 9, 2014 at Los Angeles, California.

By: _____
Mark Ravis, Declarant

4

**DECLARATION OF MARK RAVIS**